**STANDARD OIL COMPANY OF CALIFORNIA et al., Appellants, v. MARBLEHEAD LAND COMPANY et al., Appellees.**

No. 8789.

Circuit Court of Appeals, Ninth Circuit.

Nov. 21, 1938.

Pillsbury, Madison & Sutro, of San Francisco, Cal., and Oscar Lawler, Max Felix, and William T. Coffin, all of Los Angeles, Cal., for appellant Standard Oil Co.

Welburn Mayock, Edward C. Purpus, and Juseph K. Horton, all of Los Angeles, Cal., for appellants Cavanaugh et al.

William H. Neblett and Hubert F. Laugharn, both of Los Angeles, Cal., for appellee Marblehead Land Co.

Salisbury, Robinson & Himrod, of Los Angeles, Cal., for appellee Cadwalader.

Gibson, Dunn & Crutcher and J. C. Macfarland, all of Los Angeles, Cal., for appellees Huntley et al.

Farrand & Slosson, of Los Angeles, Cal., for appellee Security-First Nat. Bank of Los Angeles.

Stephens & Stephens, of Los Angeles, Cal., for appellees Brunson et al.

Finlayson, Bennett & Morrow, of Los Angeles, Cal., for appellee Adamson.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

---

**Joseph STEIN, Appellant, v. UNITED STATES of America, Appellee.**

No. 7999.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1938.

Alfred A. May and Arthur Ratner, both of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the motion of appellee to dismiss the appeal, the record, and briefs of counsel, and it appearing that the assignments of error not presented on the original appeal herein are foreclosed by the former judgment of this court, Fleisher v. United States, 91 F.2d 404, petition for writ of certiorari as to the conviction under Counts 2, 3 and 4 of the indictment not having been granted by the Supreme Court of the United States, Fleisher v. United States, 302 U.S. 673, 58 S.Ct. 29, 82 L.Ed. 520; and it appearing that the fact that appellant was not present when his sentence was diminished by the District Court in compliance with the mandate of the Supreme Court in Fleisher v. United States, 302 U.S. 218, 58 S.Ct. 148, 82 L.Ed. 208, in no way prejudiced his substantial rights, and no other substantial question being involved:

The motion to dismiss is sustained.